### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | |
| DONAESHA H. HAWKINS, | : | VIOLATION: |
| | : | 22 D.C. Code § 404.01(c) |
| | : | (Attempted Aggravated Assault) |
| Defendant. | : | |

## I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

### COUNT ONE

Between on or about April 20, 2021 and on or about April 21, 2021, within the District of Columbia, **DONAESHA H. HAWKINS** attempted to, by any means, knowingly and purposely cause serious bodily injury to T.L.

(**Attempted Aggravated Assault**, in violation of Title 22, District of Columbia Code, Section 404.01(c))

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  */s/ Angela N. Buckner*
ANGELA N. BUCKNER
DC Bar No. 1022880
EMORY V. COLE
PA Bar No. 49136
Assistant United States Attorneys
United States Attorney's Office
555 Fourth Street, N.W.
Washington, DC 20530
Phone: (202) 252-2656 (Buckner)
Phone: (202) 252-7692 (Cole)